FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 30, 2017
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHAD RICHARD ENGLEHARDT,<br><br>Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY, LARRY HASKEL, V.H. OLSON ROBIN and SPOKANE PROSECUTORS OFFICE,<br><br>Defendants. | No.  2:17-CV-0192-SMJ<br><br>**ORDER DISMISSING COMPLAINT AND DIRECTING COLLECTION OF FILING FEE TO CEASE** |

Before the Court is Pro Se Plaintiff Chad Richard Englehardt's construed Motion to Voluntarily Dismiss Complaint and Waive Collection of Remaining Balance of Filing Fee, ECF No. 15. Defendants have not been served in this action.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Pro Se Plaintiff's construed Motion to Voluntarily Dismiss Complaint and Waive Collection of Remaining Balance of Filing Fee, **ECF No. 15**, is **GRANTED**.

   *A.* Pro Se Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE.**

   *B.* The institution having custody of Mr. Englehardt shall cease collection of the filing fee in this action, cause number **2:17-CV-0192-SMJ.**

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and **CLOSE** the file. The Clerk of Court is further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA 98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The Clerk of Court also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this 30th day of October 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2