# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Chad Richard Englehardt,

|  |  |
|---|---|
| *Plaintiff* | ) ) ) ) ) |
| v. Spokane County, Larry Haskel, V.H. Olson Robin, and Spokane Prosecutor's Office, | Civil Action No.   2:17-cv-00192-SMJ |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:  Pro Se Plaintiff's Construed Motion to Voluntarily Dismiss Complaint and Waive Collection of Balance of Filing Fee, ECF No. 15, is GRANTED.
Pro Se Complaint, ECF No. 7, is DISMISSED WITHOUT PREJUDICE.
The institution having custody of Mr. Englehardt to cease collection of filing fee in this action, 2:17-cv-00192-SMJ.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   SALVADOR MENDOZA, JR. _____ on Construed Motion
for Voluntary Dismissal (ECF No. 15).

Date:  10/30/2017 _____

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates _____
*(By) Deputy Clerk*

Allison Yates